# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC, | Case No. 8:12-cv-1685-ODW(MRWx) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| NIKON CORP., | |
| Defendants. | |

The parties are hereby **ORDERED TO SHOW CAUSE**, in writing no later than August 12, 2013, why settlement has not been finalized. No hearing will be held on this matter. All remaining case dates are **VACATED** and taken off calendar. This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

**IT IS SO ORDERED.**

August 7, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**